UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| STACYE M. TRENT, | ) | | |
|---|---|---|---|
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:10-CV-130 |
| | ) | | (VARLAN/GUYTON) |
| WAL-MART STORES EAST, L.P., | ) | | |
| | ) | | |
| Defendant. | ) | | |

| STACYE M. TRENT, | ) | | |
|---|---|---|---|
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:10-CV-131 |
| | ) | | (VARLAN/GUYTON) |
| WAL-MART STORES EAST, L.P., | ) | | |
| | ) | | |
| Defendant. | ) | | |

**ORDER**

These civil actions are before the Court on the Joint Motions to Consolidate Cases [Case No. 3:10-CV-130, Doc. 14; Case No. 3:10-CV-131, Doc. 16], filed by defendant Wal-mart Stores East, L.P., in which defendant request that the above-captioned cases be consolidated for case management, pretrial discovery, and for trial. Plaintiff Stacye M. Trent has indicated to the Court that she does not oppose defendant's request to consolidate.

Defendant asserts that plaintiff's allegations arise out of the same transaction and occurrence, involve the same defendant, and assert the same allegations of wrongdoing. Thus, defendant assert, these two cases are proper for joinder and consolidation.

In light of the parties' agreement, the Court's review of defendant's motion to consolidate, and in accordance with the relevant law, the Court finds the motions to be well-founded and because these cases arise out of the same facts, involve common questions of law and fact, and involve the same parties, the cases should therefore be consolidated. Fed. R. Civ. P. 42(a).

Defendant's motions to consolidate cases [Case No. 3:10-CV-130, Doc. 14; Case No. 3:10-CV-131, Doc. 16] are hereby **GRANTED**. Accordingly, Case Number 3:10-CV-130 is hereby **CONSOLIDATED** with Case Number 3:10-CV-131. Case number 3:10-CV-130 will be the lead case and the parties are hereby **ORDERED** to file all pleadings in Case Number 3:10-CV-130.

IT IS SO ORDERED.

                                                s/ Thomas A. Varlan
                                                UNITED STATES DISTRICT JUDGE